UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIA VARGAS SANCHEZ,
individually and on behalf of others
similarly situated,

                Plaintiff,

-against-

PRIMOS LIVE POULTRY INC.
(D/B/A VIVEROLOS PRIMOS #2),
PEDRO RODRIGUEZ, ABDUL DOE,
and HAREH DOE,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/10/2020_
```

20 Civ. 4327 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Having reviewed Plaintiff's supporting materials for default judgment, the Court concludes that the declaration submitted at ECF No. 18 fails to comply with Attachment A to the Court's Individual Practices in Civil Cases, which requires an "affidavit or declaration <u>signed by a **party** with personal knowledge</u>" (emphasis added).  Plaintiff submitted an affidavit signed by her attorney, who is not a party with personal knowledge.  The affidavit also fails to set forth the complete information required by Rule 1(c) of Attachment A.

    Accordingly, it is hereby ORDERED that, by **July 31, 2020**, Plaintiff shall re-submit materials for default judgment in accordance with Attachment A to the Court's Individual Practices.

    The Clerk of Court is directed to terminate the motion at ECF No. 18.

    SO ORDERED.

Dated: July 10, 2020
       New York, New York

                                          ANALISA TORRES
                                  United States District Judge