```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/6/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIA VARGAS SANCHEZ,
individually and on behalf of others
similarly situated,

                Plaintiff,

-against-

PRIMOS LIVE POULTRY INC.
(D/B/A VIVEROLOS PRIMOS #2),
PEDRO RODRIGUEZ, ABDUL DOE,
and HAREH DOE,

                Defendants.

20 Civ. 4327 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is ORDERED that the initial pretrial conference scheduled for October 7, 2020, is ADJOURNED *sine die*. By **October 29, 2020**, Plaintiff shall re-submit materials for default judgment in accordance with Attachment A to the Court's Individual Practices. Plaintiff is reminded that Attachment A requires, among other things, an "affidavit or declaration <u>signed by a **party** with personal knowledge</u>" (emphasis added).

    SO ORDERED.

Dated: October 6, 2020
       New York, New York

                                    ANALISA TORRES
                             United States District Judge