**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
ANTONIA VARGAS SANCHEZ,
*individually and on behalf of others similarly situated,*

    Plaintiff,

    -v-

PRIMOS LIVE POULTRY INC. (D/B/A VIVERO LOS PRIMOS #2), PEDRO RODRIGUEZ, ABDUL DOE, and HAREH DOE,

    Defendants
----------------------------------------------------------X

**1:20-cv-4327**

**PROPOSED DEFAULT JUDGMENT**

  On June 6, 2020, this action was commenced by Plaintiff's filing of the Complaint (ECF Doc. No. 1). The summons and Complaint in this action having been duly served on the Defendants PRIMOS LIVE POULTRY INC. (D/B/A VIVERO LOS PRIMOS #2), PEDRO RODRIGUEZ, ABDUL DOE, and HAREH DOE, and said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

  NOW, on motion of Plaintiff Antonia Vargas Sanchez, by her attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

  That Plaintiff shall have judgment jointly and severally against said Defendants by default, in the amounts that follow, including compensatory damages and permissible liquidated damages and prejudgment interest,

  $42,987, plus prejudgment interest calculated upon the amount of $14,093.00 at the rate of 9% per annum from September 14, 2019 (the midpoint of the period of her employment by

- 2 -

Defendants as pled in the unrebutted Complaint) to the date of judgment, which is calculated to be _____, plus an additional $10,000.00 in statutory penalties pursuant to N.Y.L.L. Sec. 198(1-b) and (1-d), for a total amount of $ _____, of which one-third, or $ _____, shall be awarded to Plaintiff's counsel pursuant to the retainer agreement, a copy of which was filed in conjunction with Plaintiff's submission in support of an Order to Show Cause for default judgment, between Plaintiff and her counsel.

That the Plaintiff is awarded attorney's fees in the amount of $4,885.00 and costs in the amount of $400.00, all computed as provided in 28 U.S.C. § 1961(a).

That the Plaintiff is awarded post judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated:      New York, New York

_____, 2020

_____
ANALISA TORRES
UNITED STATES DISTRICT JUDGE