USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIA VARGAS SANCHEZ,
individually and on behalf of others
similarly situated,

               Plaintiff,

-against-

PRIMOS LIVE POULTRY INC.
(D/B/A VIVEROLOS PRIMOS #2),
PEDRO RODRIGUEZ, ABDUL DOE,
and HAREH DOE,

               Defendants.

20 Civ. 4327 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the affidavits of service filed at ECF Nos. 44 and 45, and finds that they do not comply with the Court's order at ECF No. 42 (the "Order to Show Cause"). Plaintiff is directed to re-serve Defendants in accordance with the Order to Show Cause. Accordingly:

1. The telephonic hearing scheduled for May 12, 2021, at 2:00 p.m. is ADJOURNED to **May 24, 2021**, at **2:00 p.m**. Defendants shall appear at a telephonic conference to show cause why the Court should not enter a default judgment against them pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. Plaintiff shall also appear. The parties are directed to dial 888-398-2342 or 215-861-0674, and enter access code 5598827.

2. By **May 14, 2021**, Plaintiff shall serve copies of this Order, the Order to Show Cause, ECF No. 42, and the Supporting Papers filed at ECF Nos. 36–40 on the corporate Defendant by first-class mail and service on the Secretary of State under N.Y. Business Corp. Law § 306, and on the individual Defendants by **personal service** .

3. By **May 17, 2021**, Plaintiff shall file on the docket (1) proof of service, and (2) **the Supporting Papers that were served upon Defendants (as an attachment to the proof of service)**.

4. By **May 19, 2021**, Defendants shall respond to Plaintiff's motion.

5. By **May 20, 2021**, Plaintiff shall submit her reply, if any.

SO ORDERED.

Dated: May 11, 2021
       New York, New York

                                                                ANALISA TORRES
                                            United States District Judge