

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/2/2021__
```

ATTORNEYS AT LAW

T 516-280-3008
F 516-706-4692
www.BellLG.com

July 30, 2021

VIA ECF
Hon. Analisa Torres
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **Antonia Vargas Sanchez v. Primos Live Poultry, et al.**
              <u>Docket No.: 20-cv-4327 (AT)</u>

Dear Judge Torres:

    This firm represents the Defendants Primos Live Poultry (D/B/A Viverolos Primos #2), Pedro Rodriguez, Abdul Doe and Hareh Doe in this matter. I write jointly with Plaintiff's counsel to advise the Court that we have rescheduled the mediation for August 12, 2021, and to respectfully request that that our deadline to submit the Proposed Case Management Plan and Joint Letter outlining the claims and defenses be extended until August 19, so the parties can avoid unnecessarily expending resources on the litigation prior to mediation. This is the parties' first request for an extension of this deadline.

    We thank the Court for its consideration.

                                          Respectfully submitted,
                                          /s/

                                          Laura R. Reznick, Esq.

cc: All Parties by Electronic Service

    GRANTED. By **August 19, 2021**, the parties shall submit their case management plan and joint letter.

    SO ORDERED.

    Dated: August 2, 2021
            New York, New York

                                          ANALISA TORRES
                                        United States District Judge