USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/17/2021__

# Michael Faillace & Associates

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

September 16, 2021

**Via ECF**

Honorable Analisa Torres, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  Vargas Sanchez et al v. Primos Live Poultry Inc. et al, 1:20-cv-04327-AT

Dear Judge Torres:

    This firm represents Plaintiff in the above-referenced action. I write, together with Defendants' counsel, to respectfully request a two-week extension of the deadline to file the settlement agreement, currently set for today, September 16, 2021 (ECF Doc. No. 67).

    The reason for requesting this extension is that the parties are still negotiating the final terms of the agreement. We request two additional weeks, until September 30, 2021, to give the parties enough time to finalize the agreement and obtain the needed signatures.

    We thank the Court for its continued time and attention in this matter.

                                   Respectfully Submitted,

                                   /s/ Catalina Sojo
                                   Catalina Sojo, Esq.

    GRANTED.  By **September 30, 2021**, the parties shall file their settlement agreement.

    SO ORDERED.

    Dated: September 17, 2021
           New York, New York

ANALISA TORRES
United States District Judge