

**BELL LAW GROUP**
PLLC

ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___10/15/2021___

T 516-280-3008
F 516-706-4692
www.BellLG.com

VIA ECF
Hon. Analisa Torres
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

October 14, 2021

     **Re:**   **Antonia Vargas Sanchez v. Primos Live Poultry, et al.**
            **Docket No.: 20-cv-4327 (AT)**

Dear Judge Torres:

     This firm represents the Defendants Primos Live Poultry (D/B/A Vivero los Primos #2),
Pedro Rodriguez, Abdul Doe and Hareh Doe in this matter. I write jointly with Plaintiff's counsel
to respectfully request a two-week extension of the October 14, 2021 deadline to submit the
settlement materials and to hold all discovery deadlines in abeyance pending final settlement. This
is the parties' third request for an extension of this deadline. The parties are working together to
finalize the settlement agreement, and anticipate being able to do so in the next two weeks without
needing any further extensions.

     We thank the Court for its consideration.

Respectfully submitted,

_____/s/_____

Laura R. Reznick, Esq.

GRANTED.

SO ORDERED.

Dated: October 15, 2021
       New York, New York

**ANALISA TORRES**
United States District Judge

5 Penn Plaza, 23rd Floor
New York, NY 10001

1629 K Street, NW, Suite 300
Washington, DC 20006

10750 NW 6th Court
Miami, FL 33168