UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

ANTONIA VARGAS SANCHEZ,
*individually and on behalf of others similarly situated,*

                      Plaintiff,

       -against-

PRIMOS LIVE POULTRY INC. (D/B/A VIVERO LOS PRIMOS #2), PEDRO RODRIGUEZ, ABDUL DOE, and HAREH DOE,

                     Defendants.
---------------------------------------------------------X

1:20-cv-04327-AT

**(PROPOSED) JUDGMENT**

      WHEREAS on or about December 15, 2021, Defendants PRIMOS LIVE POULTRY INC. (D/B/A VIVERO LOS PRIMOS #2), PEDRO RODRIGUEZ, ABDUL DOE, and HAREH DOE extended to Plaintiff ANTONIA VARGAS SANCHEZ an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>Nineteen Thousand Dollars and Zero Cents ($19,000.00)</u>, and whereas said Plaintiff accepted said offer on or about December 15, 2021.

      JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount of <u>Nineteen Thousand Dollars and Zero Cents ($19,000.00)</u>.

      Dated: New York, New York

           _____, 2021

                                            _____
                                            JUDGE ANALISA TORRES, U.S.D.J.