```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/21/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIA VARGAS SANCHEZ,

                  Plaintiff,

-against-

PRIMOS LIVE POULTRY INC.
(D/B/A VIVEROLOS PRIMOS #2),
PEDRO RODRIGUEZ, ABDUL DOE,
and HAREH DOE,

                  Defendants.

20 Civ. 4327 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Plaintiffs' notice of acceptance of an offer of judgment. ECF No. 78. The Clerk of Court is directed to enter judgment consistent with this acceptance of an offer of judgment, terminate all pending motions and deadlines, and close the case.

    SO ORDERED.

Dated: December 21, 2021
        New York, New York

_____
ANALISA TORRES
United States District Judge