**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
ANTONIA VARGAS SANCHEZ,

                              Plaintiff,

      -against-

PRIMOS LIVE POULTRY INC., D/B/A
VIVEROLOS PRIMOS #2), PEDRO
RODRIGUEZ, ABDUL DOE, and
HAREH DOE,
                          Defendants.
---------------------------------------------------------X

20 **CIVIL** 4327 (AT)

**JUDGMENT**

      Whereas Pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Rule 68"), Defendants PRIMOS LIVE POULTRY INC. (D/B/A VIVERO LOS PRIMOS #2), PEDRO RODRIGUEZ, ABDUL DOE, and HAREH DOE (collectively, "Defendants") make this offer of judgment in favor of Plaintiff ANTONIA VARGAS SANCHEZ ("Plaintiff"), and against Defendants in the amount of Nineteen Thousand Dollars and Zero Cents ($19,000.00), inclusive of costs and reasonable attorney's fees incurred as of the date of this offer, in complete satisfaction of all claims against Defendants alleged in Plaintiff's Complaint. On December 15, 2021, Plaintiff having confirmed acceptance of Defendants offer of judgment, and the matter having come before the Honorable Analisa Torres, United States District Judge, and the Court, on December 21, 2021, having rendered its Order directing the Clerk of Court to enter judgment consistent with the acceptance of offer of judgment in this matter, it is,

      **ORDERED, ADJUDGED, AND DECREED**, that for the reasons stated in the Court's Order dated December 21, 2021, Plaintiff ANTONIA VARGAS SANCHEZ has judgment in the amount of $19,000.00 as against the Defendants PRIMOS LIVE POULTRY

INC. (D/B/A VIVERO LOS PRIMOS #2), PEDRO RODRIGUEZ, ABDUL DOE, and HAREH DOE; accordingly, the case is closed.

**Dated:** New York, New York
December 21, 2021

**RUBY J. KRAJICK**
_____
**Clerk of Court**
BY: *[signature: David J. Thomas]*
_____
**Deputy Clerk**
